IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TABITHA MILLER, Plaintiff,

v.  Case No.: 1:16-cv-00017

FRED'S STORES OF TENNESSEE, INC., Defendants.

## JUDGMENT OF DISMISSAL

Defendant moves for dismissal of this civil action on the basis that it has been settled. Plaintiff is not opposed and the agreement of the Parties is for Plaintiff to be responsible for liens, if any, and indemnify and hold harmless Defendant in regard to any liens. It is therefore ordered and adjudged that any and all claims brought, or which may have been brought relating to this accident which is the subject of this civil action are hereby dismissed, with prejudice, and Defendant is released in all respects with no further liability on any matters relating to this Civil Action for claims or liens, known or unknown, relating to this lawsuit or the claim giving rise to it.

It is therefore ordered and adjudged that this civil action is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

SO ORDERED, this 13th day of March, 2016.

_____
Judge

AGREED AND APPROVED:

_____
William D. Montgomery, MSB 102224
221 Sunnybrook Road, Suite B
Ridgeland, MS 39157
*Attorneys for Plaintiff*

_____
Richard D. Underwood, MSB 8533
999 S. Shady Grove Road, Ste 500
Memphis, TN 38120
*Attorney for Defendant*